CLARK HILL LLP
STEVEN L. HOCH (SBN 119142)
SHoch@ClarkHill.com
555 South Flower Street, 24th Floor
Los Angeles, California 90071
Telephone:   (213) 891-9100
Facsimile:   (213) 488-1178

Attorney for Plaintiff,

1716 MAIN STREET, LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1716 MAIN ST., LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MAIN STREET CLEANERS,<br><br>    Defendant/s.<br><br>AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS. | Case No. 2:21-cv-09373-SSS (PLAx)<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULE OF PRETRIAL AND TRIAL DATES [Dkt. 170]**<br><br>(Case assigned to Hon. Sunshine Suzanne Sykes)<br><br>**NOTE CHANGES MADE BY COURT** |

  On January 22, 2024, the Parties submitted a Stipulation to Amend Schedule of Pretrial and Trial Dates. (Dkt. 170).

  The Court, having considered The Parties' Stipulation to Amend the Schedule of Pretrial and Trial Dates and finding good cause, hereby GRANTS the Stipulation to Amend the Schedule of Pretrial and Trial Dates.  The new deadlines are set forth in the Scheduling Order chart filed with this Order.

1

All deadlines established by the prior Civil Trial Order [Dkt. 169] are hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 30, 2024

_____
SUNSHINE S. SYKES
United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 2:21-cv-09373-SSS-E | Case Name: | *1716 Main Street., LLC v. Main Street Cleaners, et* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | | **Original Date** | **Time Computation[1]** | **Amended Date** |
| Trial | | 12/02/2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: _ Days | Monday at 9:00 a.m. | 03/03/2025 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 7-15 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | 11/16/2024 | Friday at 1:00pm at least 17 days before trial | 2/14/2025 |
| **Event** <br> **Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | 02/09/2024 | 6 weeks after Scheduling Conference | 05/10/2024 |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | | 02/24/2024 | 27 weeks before FPTC | 8/9/2024 |
| Expert Disclosure (Initial) | | 03/08/2024 | 26 weeks before FPTC | 8/16/2024 |
| Expert Disclosure (Rebuttal) | | 03/22/2022 | 24 weeks before FPTC | 8/30/2024 |
| Expert Discovery Cut-Off | | 06/15/2024 | 22 weeks before FPTC | 9/13/2024 |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | 07/05/2024 | 11 weeks before FPTC | 10/11/2024 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | 05/23/2024 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation | 8 weeks before FPTC | 11/29/2024 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| | | | |
|---|---|---|---|
| Deadline to File Motions in Limine | 07/05/2024 | **6 weeks before FPTC** | 1/3/2025 |
| Deadline for Oppositions to Motions in Limine | 10/19/2024 | **4 weeks before FPTC** | 1/17/2025 |
| Trial Filings (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 10/19/2024 | **4 weeks before FPTC** | 1/17/2025 |
| Trial Filings (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 11/03/2024 | **2 weeks before FPTC** | 1/31/2025 |
| Hearing on Motions in Limine | 11/09/2024 | **1 week before FPTC** | 2/7/2025 |